

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8000
RSteer@tarterkrinsky.com

**Via ECF**

February 10, 2025

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> Re: ***Niakate v. New York University Langone Health***
> Case No.: **1:24-cv-09116 (PAE)**
> **Request for Adjournment of Initial Pretrial Conference**

Dear Judge Engelmayer:

We represent Defendant NYU Grossman School of Medicine, a division of New York University, s/h/a "New York University Langone Health," ("NYUGSM") in the above-referenced action.

Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an adjournment of the telephonic Initial Pretrial Conference (the "Conference") scheduled for March 19, 2025, at 3:30 pm to Friday, March 21, 2025, or to a later date that is convenient for the Court and the parties.

This is NYUGSM's first request to adjourn the Conference, and it is made with the consent of Plaintiff's counsel. Your Honor's rules require that all principal trial counsel attend the Conference. Thus, this request is necessitated by the fact that the undersigned, principal counsel in this Action, has a doctor's appointment on March 19, which was scheduled long in advance and would be difficult to reschedule.

We thank the Court for its time and consideration.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By: */s/ Richard L. Steer*
    Richard L. Steer

cc: All counsel of record via ECF.

000999\144\171073872.v1

The initial conference is hereby rescheduled to Monday, March 31, 2025, at 2:30 p.m. No further extensions. The Clerk of Court is respectfully directed to close the pending motion.
SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Date: February 11, 2025