

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

April 28, 2025

<u>Via ECF</u>
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

Re:  ***Niakate v. New York University Langone Health***
Case No.: 1:24-cv-09116 (PAE)
<u>Request for Extension of Deadlines and Adjournment of Conference</u>

Dear Judge Engelmayer:

    We represent Defendant NYU Grossman School of Medicine, a division of New York University, s/h/a "New York University Langone Health," ("NYUGSM") in the above-referenced Action. We write jointly with Plaintiff's counsel.

    On February 13, 2025, this Action was referred to automatic mediation. (Dkt. No. 14.) Pursuant to the Second Amended Standing Administrative Order M10-468, the parties must exchange information/documents as specified in the Pilot Discovery Protocols for Counseled Employment Cases ("Discovery Protocols") within 30 days of the filing of the Answer, March 3, 2025. The Court granted the parties an extension of this deadline to March 26, 2025. (Dkt. No. 16.) Defendant has produced hundredths of documents to Plaintiff's counsel. Plaintiff has not yet produced any documents or information required by the Discovery Protocols.

    The mediation has been rescheduled for May 22, 2025, at 9 AM.

    The parties respectively request that the Court set May 29, 2025, as a deadline for the parties to submit a joint status letter advising the Court as to the status of the May 22nd mediation. In the event that a settlement in principle has not been reached by May 29th, pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully request that the Court set a new deadline for the parties to file the Civil Case Management Plan and Scheduling Order (the "CMP") and joint letter. The parties also respectfully request that an adjournment of the Initial Pretrial Conference (the "Conference") currently scheduled for May 7, 2025, at 2:00 PM, be rescheduled after the parties submit their joint status letter on May 29th.

    This is the parties' third joint request to adjourn the Conference and seek an extension to submit the CMP and joint letter. All prior requests were granted. This request is necessitated by the fact the mediation was rescheduled to May 22, 2025. Further, the parties submit that in the

Hon. Paul A. Engelmayer
April 28, 2025
Page 2 of 2

interest of judicial economy, it is appropriate for the deadlines to be extended and the Conference to be adjourned.

    The parties thank the Court for its time and consideration.

                                           Respectfully submitted,

                                           **TARTER KRINSKY & DROGIN LLP**
                                           *Attorneys for Defendant*

                                           By:  */s/ Richard L. Steer*
                                                  Richard L. Steer
                                                  Ingrid J. Cardona
                                                  1350 Broadway, 11th Floor
                                                  New York, New York 10018
                                                  (212) 216-8070
                                                  rsteer@tarterkrinsky.com
                                                  icardona@tarterkrinsky.com

GRANTED.  The initial conference schedule for May 7, 2025 is hereby adjourned.  A joint status update following the parties' mediation is due on May 29, 2025.  For avoidance of doubt, if a settlement in principle is not reached by May 29, 2025, the initial conference will be rescheduled to June 11, 2025, at 2 p.m., and the case management plan and joint letter will be due by June 6, 2025.

SO ORDERED.

                *Paul A. Engelmayer*
                _____
                PAUL A. ENGELMAYER
                United States District Judge

Date: April 29, 2025