

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

September 15, 2025

**Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

Re: ***Niakate v. New York University Langone Health***
**Case No.: 1:24-cv-09116 (PAE)**
**Joint Letter Motion Requesting Extension of**
**Discovery Deadlines and Adjournment of Conference**

Dear Judge Engelmayer:

We represent Defendant, NYU Grossman School of Medicine, a division of New York University, s/h/a "New York University Langone Health," ("NYUGSM") in the above-referenced Action. We write jointly with Plaintiff's counsel.

Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of the following discovery deadlines and an adjournment of the Case Management Conference (the "Conference"):

- The parties' time to meet and confer on a schedule for expert disclosures from September 16, 2025, to and including October 24, 2025.
- To complete all fact discovery from October 19, 2025, to and including January 16, 2026.
- For the parties to complete depositions from October 16, 2025, to and including, January 13, 2026.
- To request a pre-motion conference (14 days from the close of fact discovery) from October 30, 2025, to and including January 30, 2026.
- For counsel to meet face-to-face for 1 hour to discuss settlement from October 30, 2025, to and including January 30, 2026.
- To complete all expert discovery from November 28, 2025, to and including March 2, 2026.
- For the parties to submit a Joint Pretrial Order, motions in limine, Proposed voir dire, jury instructions, and verdict form from December 30, 2025, to and including April 1, 2026.

The parties also respectfully request that the Conference currently scheduled for November 18, 2025, at 2 pm be adjourned to date after January 30, 2026.

Hon. Paul A. Engelmayer
September 15, 2025
Page 2 of 2

    This is the parties' first request for extensions of these deadlines and for an adjournment of the Conference. The extensions are necessary because Plaintiff recently amended her Complaint, requiring Defendant to respond and thereby shifting the discovery schedule. In addition, the requested extensions account for the Jewish High Holidays, Thanksgiving, Christmas, and New Years. Further, Defendant's counsel is actively preparing for and will be attending a federal court jury trial in another case.

    The parties thank the Court for its time and consideration.

    Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*

By:    */s/ Richard L. Steer*
      Richard L. Steer
      Ingrid J. Cardona
      1350 Broadway, 11th Floor
      New York, New York 10018
      (212) 216-8070
      rsteer@tarterkrinsky.com
      icardona@tarterkrinsky.com

GRANTED. No further extensions will be granted.
The Case Management Conference is hereby
rescheduled to **February 17, 2026 at 11:00 a.m.**

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: September 17, 2025
New York, New York

002528\8\180106987.v1