# BALLON STOLL P.C.

COUNSELLORS AT LAW          FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

JILLIAN TATTERSALL
SENIOR ASSOCIATE
jtattersall@ballonstoll.com

January 30, 2026

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

> Re:    ***Niakate v. New York University Langone Health***
> **Case No.: 1:24-cv-09116 (PAE)**
> **Letter Motion Requesting Extension of**
> **Discovery Deadlines and Conference Adjournment**

Dear Judge Engelmayer:

We represent Plaintiff in the above-referenced action. We write pursuant to Rule 1(E) of the Court's Individual Rules and Practices in Civil Cases, to respectfully request an extension of the following discovery deadlines and an adjournment of the Case Management Conference (the "Conference"):

- To complete all fact discovery from March 13, 2026, to and including May 22, 2026;
- For the parties to complete depositions from March 10, 2026, to and including May 11, 2026;
- To request a pre-motion conference (14 days from the close of fact discovery) from March 27, 2026 to and including June 5, 2026;
- For counsel to meet face-to-face for one hour to discuss settlement from March 27, 2026, to and including May 26, 2026;
- To complete all expert discovery from April 27, 2026, to and including June 26, 2026;
- For the parties to submit a Joint Pretrial Order, motions in limine, proposed voir dire, jury instructions, and verdict form from May 22, 2026, to and including July 21, 2026.

We also respectfully request that the Case Management Conference currently scheduled for April 14, 2026, at 2:00 pm be adjourned to a date after May 22, 2026.

This is our third request for an extension of these deadlines and for an adjournment of the Conference. The Court granted the prior requests. Defendant's counsel consents to this request.

Hon. Paul A. Engelmayer
January 30, 2026
Page 2 of 2

This request is necessitated by the fact that I am lead counsel for the Plaintiff and will be leaving the firm after today, January 30th. As a result, a new attorney will need to be assigned to this matter and will require time to become familiar with the case.

We thank the Court for its time and consideration.

Respectfully submitted,

**BALLON STOLL P.C.**
*Attorneys for Plaintiff*

By:_____

Jillian Tattersall (JT15752)
810 7th Ave, Suite 405
New York, NY 10019
212.301.7176
jtattersall@ballonstoll.com

cc:    All Counsel of Record (via ECF)

GRANTED.  The case management conference is adjourned to **Monday, June 22, 2026 at 11 a.m.**
No further extensions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 30, 2026
New York, New York

002528\8\180347911.v1