UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FATOUMATA NIAKATE,

Plaintiff,

-v-

NEW YORK UNIVERSITY LANGONE HEALTH,

Defendant.

---

24 Civ. 9116 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 27, 2026, the Court granted the motion to withdraw by counsel for plaintiff Fatoumata Niakate, and directed Niakate to file a letter on the docket stating whether she plans to obtain new counsel or proceed *pro se*. Dkt. 46. On May 26, 2026, Niakate filed a letter stating her intention to proceed *pro se*. Dkt. 61. The parties have filed various letters as to next steps in this case. *See, e.g.*, Dkts. 57, 60, 61, 62.

The Court orders as follows:

- Niakate's application to proceed without prepayment of fees is GRANTED. *See* 28 U.S.C. § 1915.

- Niakate is directed to file a *pro se* notice of appearance by **Friday, June 6, 2026**, and to consult (1) the resources for *pro se* litigants on the Southern District of New York's website: https://nysd.uscourts.gov/prose; and (2) the Court's Individual Rules and Practices in Civil Pro Se Cases: https://nysd.uscourts.gov/sites/default/files/practice_documents/PAE%20Engelmayer%20IndividualRulesOfPracticeInCivilProSeCases_0.pdf.

1

- A conference is scheduled for **Tuesday, June 16, 2026 at 3 p.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Niakate is directed to file a letter on the docket, by **Monday, June 8, 2026**, confirming her receipt of this Order and attendance at the conference.  Counsel for defendant is directed to email EngelmayerNYSDChambers@nysd.uscourts.gov, by the same date, stating the names of counsel who will be in attendance, and who will be appearing as lead counsel.

The Clerk of Court is respectfully directed to (1) mail an information package to Niakate at the address on file; (2) terminate attorneys Marshall Benjamin Bellovin and Jillian Tattersall from this case, and (3) terminate the motions pending at dockets 57 and 62.

SO ORDERED.

Paul A. Engelmy

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 1, 2026
      New York, New York