UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATOUMATA NIAKATE,

                              Plaintiff,

              -v-

NEW YORK UNIVERSITY LANGONE HEALTH,

                              Defendant.

24 Civ. 9116 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 1, 2026, the Court scheduled a conference for June 16, 2026, and directed

plaintiff Fatoumata Niakate to file a letter on the docket, by June 8, 2026, confirming her receipt

of the Order and attendance at the conference. Dkt. 64. Niakate, who has entered a *pro se* notice

of appearance in this case, has not filed any such letter on the docket.

Accordingly, the Court directs Niakate to file a letter on the docket by **tomorrow,**

**June 12, 2026** at 5 p.m. confirming her attendance at the conference. If Niakate fails to do so,

the Court will assess whether to proceed with the conference in her absence, and will issue an

order as to next steps in this case.


SO ORDERED.

                                   _____
                                   PAUL A. ENGELMAYER
                                   United States District Judge

Dated: June 11, 2026
       New York, New York