UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FATOUMATA NIAKATE,

                                    Plaintiff,

            -v-

NEW YORK UNIVERSITY LANGONE HEALTH,

                                    Defendant.

---

24 Civ. 9116 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of the June 16, 2026 conference, the Court has

referred this case to Judge Figueredo for settlement. The Court accordingly stays this case

pending settlement proceedings before Judge Figueredo.

The Court directs defense counsel to file a letter on the docket, by **July 1, 2026**, as to the

date of the settlement conference.


SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge


Dated: June 22, 2026
        New York, New York