**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FATOUMATA NIAKATE,

                        Plaintiff,

              -against-

NEW YORK UNIVERSITY LANGONE
HEALTH,

                       Defendant.
------------------------------------------------------------------X

                        24-CV-09116 (PAE)

                    **ORDER RESCHEDULING**
                  **SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is hereby rescheduled for **Monday, October 19, 2026, at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 12, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 74.

    **SO ORDERED.**

DATED:    New York, New York
            July 2, 2026

                              _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge